McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
  *Jonathan.Carlson@mccormickbarstow.com*
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
  *Cheryl.Grames@mccormickbarstow.com*
Stacy Norris, Esq.
Nevada Bar No. 15445
  *Stacy.Norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AZIZA KINNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>GEICO CASUALTY COMPANY; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No. 2:20-cv-02167-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND ALL DEADLINES RELATED THERETO (FIRST REQUEST)** |

Plaintiff Aziza Kinney ("Plaintiff") and Defendant GEICO Casualty Company ("GEICO") by and through their respective counsel of record hereby stipulate to continue the trial that is presently on this Honorable Court's calendar for the December 4, 2023 trial stack for the following reason:

Due to travel plans and scheduling conflicts of Defendant's counsel, the parties agree to extend the trial date in the above-referenced matter until the Court's next available stack beginning in January 2024, with the understanding that Plaintiff's expert witness is not available on January 17, 18, 19, 29, 30 and 31.  The current trial date stack is December 4, 2023, with a calendar call date of November 28, 2023.  The parties respectfully request that the trial be continued from the December 4, 2023 stack to the January 2024 stack or until the next available trial stack.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:20-cv-02167-GMN-DJA

STIPULATION AND ORDER TO CONTINUE TRIAL

This request is made in good faith and is based upon unavoidable scheduling conflicts.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 25 day of October, 2023

                ASBEROM & BROWN, LLC

By  /s/James Leonard Brown
Mona Asberom, Nevada Bar No. 3674
James Leonard Brown, Nevada Bar No. 3686
2211 Paradise Road
Las Vegas, Nevada 89104
Tel. (702) 733-8818

Attorneys for Plaintiff

DATED this 25 day of October, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Stacy Norris, Esq., Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

GOOD CAUSE APPEARING from the stipulation of the parties, **IT IS SO ORDERED.**

Jury Trial is continued to February 26, 2024, at 8:30 a.m. in Courtroom 7D.
Calendar Call is continued to February 20, 2024, at 9:00 a.m. in Courtroom 7D.

DATED this 26 day of October, 2023

_____
UNITED STATES DISTRICT JUDGE

9449524.1