1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3     jonathan.carlson@mccormickbarstow.com
   Cheryl A. Grames
4  Nevada Bar No. 12752
      Cheryl.grames@mccormickbarstow.com
5  Stacy Norris
   Nevada Bar No. 15445
6     snorris@mccormickbarstow.com
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

10                UNITED STATES DISTRICT COURT

11                      DISTRICT OF NEVADA

12

13  AZIZA KINNEY,                         Case No. 2:20-cv-02167-GMN-NJK

14              Plaintiff,
                                          **STIPULATION AND ORDER TO**
15       v.                               **DISMISS WITH PREJUDICE**

16  GEICO CASUALTY COMPANY; and DOES
    1 THROUGH 100, INCLUSIVE,
17
                Defendants.
18

19       IT IS HEREBY STIPULATED between the parties named above, by and through their

20  respective counsel of record, that the above-entitled matter be dismissed with prejudice.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Each party will bear their own costs and attorneys' fees.

Dated: November 29, 2023                    ASBEROM & BROWN, LLC

By  /s/ James Leonard Brown
    Mona Asberom
    Nevada Bar No. 3674
    James Leonard Brown
    Nevada Bar No. 3686
    2211 Paradise Road
    Las Vegas, Nevada 89104
    Tel. (702) 733-8818
    Attorneys for Plaintiff

Dated: ~~November~~ DECEMBER 8, 2023        McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
    Jonathan W. Carlson
    Nevada Bar No. 10536
    Cheryl A. Grames
    Nevada Bar No. 12752
    Stacy Norris
    Nevada Bar No. 15445
    Attorneys for GEICO CASUALTY COMPANY

## ORDER

IT IS SO ORDERED.

DATED this 12 day of December, 2023.

_____

9498016.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2023, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3    Case No. 2:20-cv-02167-GMN-NJK
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE